**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:

Aleksandr Liberchuk and
Alla Liberchuk,

                            Debtors.
-------------------------------------------------------x

Case No. 21-41697-nhl

Chapter 7

# REASSIGNMENT ORDER

      WHEREAS, the above-captioned case was commenced by the filing of a petition under Chapter 7 of Title 11 of the United States Code on June 28, 2021, and was assigned to the Honorable Nancy Hershey Lord; and

      WHEREAS, E.D.N.Y. Local Bankruptcy Rule 1073-1(c) provides that "the Chief Judge may, in the interests of justice or the proper administration of the Court, assign or re-assign cases";

      NOW, THEREFORE, it is

      ORDERED, that, pursuant to E.D.N.Y. Local Bankruptcy Rule 1073-1(c), the above-captioned case is hereby reassigned to the Honorable Elizabeth S. Stong, and the case number shall reflect this reassignment; and it is further

      ORDERED, that the Clerk of Court take all necessary steps to effectuate the reassignment of this case.

Dated: Brooklyn, New York  
      June 30, 2021

s/Alan S. Trust  
ALAN S. TRUST  
Chief United States Bankruptcy Judge