| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Aleksandr Liberchuk<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4835<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Alla Liberchuk<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4829<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   6/28/21 |
| Case number: | 1–21–41697–ess | |

## NOTICE REASSIGNING CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case has been reassigned to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, pursuant to an order dated June 30, 2021.

Please take note of the new case number: 1–21–41697–ess .

Dated: June 30, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnre7.jsp** [Notice of Reassignment of Chapter 7 Case rev 02/01/17]